50 F.3d 7
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Michael Wayne MONTGOMERY, Plaintiff--Appellant,
v.
William D. CATOE; Carroll Campbell; James L. Harvey;
Lieutenant Cain; Lieutenant Hall; Marcella
Mccoy; Ronald Chapman; Deputy Warden
Wessinger; Angela Hawkins,
Defendants--Appellees.
 No. 94-7499.
 United States Court of Appeals, Fourth Circuit.
 Submitted: Feb. 16, 1995.
Decided: March 22, 1995.
 
 Appeal from the United States District Court for the District of South Carolina, at Greenville. G. Ross Anderson, Jr., District Judge. (CA-94-1898-3-3AK)
 Michael Wayne Montgomery, appellant pro se.
 William Henry Davidson II, Andrew Frederick Lindemann, Ellis, Lawhorne, Davidson, Sims, Morrison & Sojourner, P.A., Columbia, SC, for appellees.
 Before HAMILTON and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order granting Defendants' motion to stay discovery and denying Appellant's motion to compel discovery and impose sanctions. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This Court may exercise jurisdiction only over final orders, 28 U.S.C. Sec. 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. Sec. 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED